**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VISIONQUEST NATIONAL, LTD.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 19-2280 |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| Defendants. | : | |

### O R D E R

**AND NOW**, this 2nd day of August, 2019, upon consideration of Plaintiff VisionQuest National's Request to file a responsive brief in excess of twenty-five pages (Doc. No. 20), it is hereby **ORDERED** that Plaintiff's Request (Doc. No. 20) is **GRANTED in part**. Plaintiff may file a Response to Defendants' Motion to Dismiss not to exceed thirty pages in length.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.