# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VISIONQUEST NATIONAL, LTD.,** : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 19-2280 |
| : | |
| **CITY OF PHILADELPHIA,** : | |
| Defendant. : | |

## J U D G M E N T

**AND NOW**, this 20th day of August, 2019, upon consideration of the City's Motion to Dismiss (Doc. No. 19), and Plaintiff's Response (Doc. No. 22), it is hereby **ORDERED** that:

1. The City's Motion to Dismiss (Doc. No. 19) is **GRANTED**;

2. Plaintiff's First Amended Complaint (Doc. No. 17) is **DISMISSED without prejudice;**

3. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
Paul S. Diamond, J.